| | |
|---|---|
| **OUTTEN & GOLDEN LLP** | **SHAVITZ LAW GROUP, P.A.** |
| Justin M. Swartz | Gregg Shavitz (admitted *pro hac vice*) |
| Rachel Bien | Keith Stern (admitted *pro hac vice*) |
| Elizabeth Wagoner | Susan H. Stern (admitted *pro hac vice*) |
| Dana Sussman | 1515 S. Federal Highway, Suite 404 |
| 3 Park Avenue, 29th Floor | Boca Raton, Florida 33432 |
| New York, New York 10016 | Telephone: (456) 447-8888 |
| Telephone: (212) 245-1000 | |

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

KYLE PIPPINS, JAMIE SCHINDLER, and EDWARD LAMBERT, individually and on behalf of all others similarly situated,

                      Plaintiffs,

  v.

KPMG LLP,

                      Defendant.

No. 11 Civ. 0377 (CM)(JLC)

### NOTICE OF FILING OF CONSENT TO BECOME
### <u>PARTY PLAINTIFF FORM ON BEHALF OF PLAINTIFF</u>

The following plaintiffs are hereby joined to the instant action by the signed Consent to be a Party Plaintiff forms, true and correct copies of which are attached hereto as Exhibit A:

1. Andrew Rehm
2. Anne M. Martin
3. Brian Edward Capstick
4. Brian Edward Stamile
5. Chava S. Schwartz
6. Christopher A. Marino
7. Christopher Adam Wade
8. Christopher Blake Elliott
9. Clifford Hayhurst III
10. Corey Jones
11. Daega Fatah
12. Daniel Andrews
13. Emilio Jorge Sartori
14. Evan M. Zawatsky

15. Evan R. Parzych
16. Harrison D. Cole
17.  Heather Jean Reeves Prudhomme
18. Heather Schrader
19. Ian Michael Tarrant

Dated: March 8, 2012
         New York, New York

                                  Respectfully submitted,
                                  **OUTTEN & GOLDEN LLP**
                                  By:

                                     /s/ Dana Sussman
                                  Dana Sussman

                                  **OUTTEN & GOLDEN LLP**
                                  Justin M. Swartz
                                  Rachel Bien
                                  Elizabeth Wagoner
                                  Dana Sussman
                                  3 Park Avenue, 29th Floor
                                  New York, New York 10016
                                  Telephone:  (212) 245-1000
                                  ***Attorneys for Plaintiffs and the Putative Class***