| | |
|---|---|
| **OUTTEN & GOLDEN LLP** | **SHAVITZ LAW GROUP, P.A.** |
| Justin M. Swartz | Gregg Shavitz (admitted *pro hac vice*) |
| Rachel Bien | Keith Stern (admitted *pro hac vice*) |
| Elizabeth Wagoner | Susan H. Stern (admitted *pro hac vice*) |
| Dana Sussman | 1515 S. Federal Highway, Suite 404 |
| 3 Park Avenue, 29th Floor | Boca Raton, Florida 33432 |
| New York, New York 10016 | Telephone: (456) 447-8888 |
| Telephone:  (212) 245-1000 | |

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KYLE PIPPINS, JAMIE SCHINDLER, and EDWARD LAMBERT, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | No. 11 Civ. 0377 (CM) (JLC) |
| v. | |
| KPMG LLP, | |
| Defendant. | |

### PLAINTIFFS' NOTICE OF MOTION
### FOR PARTIAL SUMMARY JUDGMENT

For the reasons set forth in Plaintiffs' Memorandum of Law in Support of Motion for Partial Summary Judgment, and in the Declaration of Justin M. Swartz and the exhibits attached thereto, Plaintiff respectfully requests that the Court enter an Order granting partial summary judgment that:

(1) Plaintiffs and all Opt-In Plaintiffs were not properly classified as exempt under the Fair Labor Standards Act ("FLSA") professional exemption <u>during their first year as Audit Associates</u>. (Defendant's Third Defense, ECF No. 140);

(2) Plaintiffs and all Opt-in Plaintiffs were not properly classified as exempt under the FLSA administrative exemption <u>at any time as Audit Associates</u>. (Defendant's Third Defense, ECF No. 140);

(3) KPMG did not act in good faith or have reasonable grounds for believing that its conduct violated the FLSA when it classified Plaintiffs and all Opt-In Plaintiffs as exempt. (Defendant's Fifth and Sixth Defenses, ECF No. 140); and

(4) Such other relief as is appropriate.

Dated:     New York, New York
           June 8, 2012

                                              Respectfully submitted,

**OUTTEN & GOLDEN LLP**
By:

/s/ Justin M. Swartz
Justin M. Swartz
Rachel Bien
Elizabeth Wagoner
Dana Sussman
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000

**SHAVITZ LAW GROUP, P.A.**
Gregg Shavitz (admitted *pro hac vice*)
Keith Stern (admitted *pro hac vice*)
Susan H. Stern (admitted *pro hac vice*)
1515 S. Federal Highway, Suite 404
Boca Raton, Florida 33432
Telephone: (456) 447-8888

**Attorneys for Plaintiffs**