USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/15/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

KYLE PIPPINS, JAMIE SCHINDLER, and
EDWARD LAMBERT, Individually and on
Behalf of all Others Similarly Situated,

                  Plaintiffs,

-against-

KPMG LLP,

                  Defendant.

------------------------------------------------------------X

11 **CIVIL** 0377 (CM)(JLC)

**JUDGMENT**

      Whereas on November 29, 2012, this Court having rendered a Decision granting Defendant's motion for Summary Judgment, dismissing Plaintiffs' FLSA claims with prejudice, and dismissing Plaintiff's state law claims without prejudice; thereafter, Plaintiffs having moved for reconsideration, and the matter having come before the Honorable Colleen McMahon, United States District Judge, and the Court, on February 7, 2013, having rendered its Order denying the motion for reconsideration, and denying the motion for entry of partial final judgment as moot, and reinstating the final judgment, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision dated November 29, 2012 and Order dated February 7, 2013, the motion for reconsideration is denied, and the motion for entry of partial final judgment is denied as moot; Defendant's motion for Summary Judgment is granted; Plaintiffs' FLSA claims are dismissed with prejudice, and Plaintiff's state law claims are dismissed without prejudice; accordingly, the case is closed.

**Dated:** New York, New York
          February 15, 2013

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** _____

BY:

**RUBY J. KRAJICK**

Clerk of Court

_____
**Deputy Clerk**