IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KYLE PIPPINS, JAMIE SCHINDLER, and EDWARD LAMBERT, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>KPMG LLP,<br><br>　　　　　　　　　　Defendant. | No. 11 Civ. 0377 (CM) (JLC) |

## DECLARATION OF RACHEL BIEN IN SUPPORT OF MOTION TO WITHDRAW ELIZABETH WAGONER AS ATTORNEY

I, Rachel Bien, pursuant to 29 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am a partner at Outten & Golden LLP, attorneys for Plaintiffs herein, and an attorney in good standing admitted to practice in the State of New York and before this Court.

2. Plaintiffs seek to withdraw Elizabeth Wagoner as counsel in the above-captioned matter because, as of May 3, 2013, Ms. Wagoner has left Outten & Golden LLP.

3. Ms. Wagoner's withdrawal will not prejudice the Plaintiffs because Outten & Golden LLP and Shavitz Law Group, P.A. will continue to represent the Plaintiffs.

Dated:　　May 6, 2013
　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　By:  /s/ Rachel Bien

　　　　　　　　　　　　　　　　　　**OUTTEN & GOLDEN LLP**
　　　　　　　　　　　　　　　　　　3 Park Avenue, 29th Floor
　　　　　　　　　　　　　　　　　　New York, New York 10016
　　　　　　　　　　　　　　　　　　Telephone: (212) 245-1000